IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC. and<br>ROCHE PALO ALTO LLC,<br><br>              Plaintiffs,<br><br>  v.<br><br>APOTEX INC.<br><br>              Defendant. | Case No. 3:11-cv-02410-JSW<br>Related Case No. 3:11-cv-01925-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE**<br><br>Ctrm:  11, 19th Floor<br>Judge:  Honorable Jeffrey S. White |

1  WHEREAS, on July 25, 2011, the Court entered the parties' Stipulation and Order Selecting ADR Process, by which the parties agreed to participate in private ADR by means of direct discussions between the parties;

WHEREAS, the Court has previously extended this deadline one time from October 24, 2011 to January 31, 2012;

WHEREAS, the parties have been unable to meet due to scheduling issues for the necessary participants;

WHEREAS the parties, through counsel, stipulate that good cause exists to continue the deadline for participating in private ADR for one month from January 31, 2012, up to and including March 1, 2012.

Accordingly, by the United States District Court for the Northern District of California, it is ORDERED:

The parties shall have up to and including March 1, 2012 to participate in private ADR by means of direct discussions between the parties.

**Stipulated to and Agreed:**

| */s/ Joshua H. Lerner* | */s/ Myoka Kim Goodin* |
|---|---|
| JOSHUA H. LERNER | MYOKA KIM GOODIN |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>STEPHEN S. RABINOWITZ<br>srabinowitz@friedfrank.com<br>RANDY C. EISENSMITH (*Pro Hac Vice*)<br>randy.eisensmith@friedfrank.com<br>ONE NEW YORK PLAZA<br>NEW YORK, NEW YORK 10004-1980<br>Telephone:  (212) 859-8000<br>Facsimile:   (212) 859-4000<br><br>DURIE TANGRI LLP<br>DARALYN J. DURIE (SBN 169825)<br>ddurie@durietangri.com<br>JOSHUA H. LERNER (SBN 220755)<br>jlerner@durietangri.com<br>GENEVIEVE P. ROSLOFF (SBN 258234)<br>grosloff@durietangri.com<br>217 Leidesdorff Street<br>San Francisco, CA  94111<br>Telephone:   415-362-6666<br>Facsimile:    415-236-6300 | LOCKE LORD LLP<br>MATTHEW K. BLACKBURN (SBN 261959)<br>mblackburn@lockelord.com<br>44 Montgomery Street, Suite 2400<br>San Francisco, CA 94104<br>Telephone: 415.318.8810<br>Facsimile: 415.676.5816<br>KEITH D. PARR (*Pro Hac Vice*)<br>kparr@lockelord.com<br>SCOTT B. FEDER (*Pro Hac Vice*)<br>sfeder@lockelord.com<br>KEVIN M. NELSON (*Pro Hac Vice*)<br>knelson@lockelord.com<br>MYOKA KIM GOODIN (SBN 229073)<br>mkgoodin@lockelord.com<br>DAVID B. ABRAMOWITZ (*Pro Hac Vice*)<br>dabramowitz@lockelord.com<br>ANDY MILLER (*Pro Hac Vice*)<br>amiller@lockelord.com |

| | |
|---|---|
| Attorneys for Plaintiffs<br>GENENTECH, INC. and ROCHE PALO ALTO LLC<br><br>Dated: January 30, 2011 | 111 S. Wacker Drive<br>Chicago, IL 60606<br>Telephone: 312.443.0700<br>Facsimile: 312.443.0336<br><br>Attorneys for Defendant<br>APOTEX INC.<br><br>Dated: January 30, 2011 |

### ATTESTATION

I, Joshua H. Lerner, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Defendant Apotex Inc. has concurred in this filing.

>  */s/ Joshua H. Lerner*
> Joshua H. Lerner

**SO ORDERED** this  1st  day of  February  2011:

> *[signature: Jeffrey S. White]*
> Jeffrey S. White
> United States District Judge

---

2
STIPULATION TO EXTEND ADR DEADLINE / CASE NO. 3:11-CV-02410-JSW