UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| GENENTECH INC. and ROCHE PALO ALTO LLC,<br><br>    Plaintiffs,<br> v.<br>SANDOZ INC.,<br><br>    Defendant.<br>_____/<br>GENENTECH INC. and ROCHE PALO ALTO LLC,<br><br>    Plaintiffs,<br> v.<br>APOTEX INC.,<br><br>    Defendant.<br>_____/ | No. C 11-01925 JSW (LB)<br>No. C 11-02410 JSW (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to United States Magistrate Judge Laurel Beeler. The parties shall comply with all applicable requirements in Judge Beeler's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: August 7, 2012

              _____
              LAUREL BEELER
              United States Magistrate Judge

C 11-01925 JSW (LB)
NOTICE OF REFERRAL AND ORDER