IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC. and ROCHE PALO ALTO LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>APOTEX INC.,<br><br>    Defendant, | No. C 11-02410 JSW<br><br>**ORDER DENYING ADMINISTRATIVE REQUEST TO FILE MOTION UNDER SEAL** |

    On May 31, 2013, Defendant Apotex Inc. filed a motion to seal their motion for summary judgment and many exhibits thereto. Plaintiff has not opposed the motion, and the matter is ripe for resolution. *See* N.D. Civ. L.R. 79-5.

    "Historically, courts have recognized a 'general right to inspect and copy public records and documents.'" *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 & n.7 (1978)). The Court starts with a strong presumption in favor of public access to a document, unless it is one that is traditionally kept secret. *Id.*

    In order to overcome this presumption, Defendant must demonstrate "compelling reasons supported by specific factual findings, ... that outweigh the general history of access and the public policies favoring disclosure, such as the public interest in understanding the judicial process." *Id.* at 1178-79 (internal quotations and citations omitted).

    Defendant merely states that the documents "contain information that we understand to

1  be commercially sensitive." (Administrative Motion at 1.) However, there is no compelling
2  reason to place Defendant's entire motion and the entirety of all exhibits listed under seal. Only
3  selected portions of the parties' submissions may refer to protected information. Therefore, the
4  Court DENIES the motion to seal.
5      This ruling is without prejudice to Defendant renewing the motion. However, any
6  renewed motion must be supported by specific facts showing that specific portions of the
7  documents should be sealed.
8  **IT IS SO ORDERED.**
9  Dated: June 5, 2013
10     JEFFREY S. WHITE
       UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California