STEPHEN S. RABINOWITZ
srabinowitz@friedfrank.com
RANDY C. EISENSMITH (*Pro Hac Vice*)
randy.eisensmith@friedfrank.com
MICHAEL A. KLEINMAN (*Pro Hac Vice*)
michael.kleinman@friedfrank.com
FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone:  212-859-8000
Facsimile:  212-859-4000

DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:  415-362-6666
Facsimile:  415-236-6300

Attorneys for Plaintiffs
GENENTECH, INC. and
ROCHE PALO ALTO LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC. and ROCHE PALO ALTO LLC,<br><br>            Plaintiffs,<br>     v.<br><br>APOTEX INC.<br><br>            Defendant. | Case No. 3:11-cv-02410-JSW<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE** AND ORDER THEREON<br><br>Ctrm:  11 – 19th Floor<br>Judge:  Honorable Jeffrey S. White |

STIPULATED REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE /
CASE NO. 3:11-CV-02410

Plaintiffs Genentech, Inc. ("Genentech") and Roche Palo Alto LLC ("Roche Palo Alto") and Defendant Apotex Inc. ("Apotex"), pursuant to Civil Local Rules 6-1 and 6-2, respectfully request that the Court enter the following stipulation to continue by eight (8) weeks the date of the further case management conference and of the associated deadline for submitting a joint case management statement, while the parties actively pursue the possibility of a settlement.

**1. Reason for the Extension of Time.**

On March 10, 2014 the Court issued an Order Denying Motion for Summary Judgment in which the Court scheduled a further case management conference for April 18, 2014 and ordered the parties to submit a joint case management statement by April 11, 2014. ECF No. 112 at 4. Following issuance of this Order, the parties have been engaged in direct discussions to explore the possibility of a settlement. The parties have made progress in their negotiations and have jointly agreed to seek the requested extension so that the parties can pursue these discussions and, if the case is settled, present the necessary papers to the Court.

**2. Prior Time Modifications in This Case.**

On August 1, 2011 and March 22, 2012, the Court sua sponte rescheduled the dates of the claim construction tutorial and the claim construction hearing, without affecting the remaining scheduled pretrial dates. ECF Nos. 41 & 59. On October 25, 2011 and February 1, 2013, the Court granted the parties' stipulated requests to extend the ADR deadline, without affecting the remaining scheduled pretrial dates. ECF Nos. 47 & 55. On November 13, 2013, the Court granted the parties' stipulated request to amend the Case Management and Magistrate Judge Referral Order (ECF No. 71). ECF No. 78. On July 8, 2013, the Court sua sponte entered an order continuing scheduled pretrial dates. ECF No. 102. On October 25, 2013 the Court sua sponte vacated the hearing date for the defendant's motion for summary judgment concurrently with granting a stipulated request in the related case to vacate the hearing date for the defendant's motion for summary judgment in that case. ECF No. 107. On January 10, 2014, the Court sua sponte vacated all dates previously set in this case. ECF No. 111. On March 10, 2014, the Court issued an Order Denying Motion for Summary Judgment, setting a deadline of April 11, 2014 for the parties to submit a case management statement and scheduling a further case management conference for April 18, 2014. ECF No. 112.

### 3. Effect of Modification.

The requested extension will extend the deadline for the parties to submit their joint case management statement to June 6, 2014, and will reschedule the date of the further case management conference for June 13, 2014 at 11:00 a.m.

Respectfully submitted,

| | |
|---|---|
| */s/ Stephen S. Rabinowitz*<br>STEPHEN S. RABINOWITZ | */s/ Andy Miller*<br>ANDY MILLER |
| FRIED, FRANK, HARRIS, SHRIVER<br>& JACOBSON LLP<br>STEPHEN S. RABINOWITZ<br>srabinowitz@friedfrank.com<br>RANDY C. EISENSMITH (*Pro Hac Vice*)<br>randy.eisensmith@friedfrank.com<br>MICHAEL KLEINMAN (*Pro Hac Vice*)<br>michael.kleinman@friedfrank.com<br>One New York Plaza<br>New York, NY 10004-1980<br>Telephone:  (212) 859-8000<br>Facsimile:  (212) 859-4000<br><br>DURIE TANGRI LLP<br>DARALYN J. DURIE (SBN 169825)<br>ddurie@durietangri.com<br>JOSHUA H. LERNER (SBN 220755)<br>jlerner@durietangri.com<br>217 Leidesdorff Street<br>San Francisco, CA  94111<br>Telephone:  415-362-6666<br>Facsimile:  415-236-6300<br><br>Attorneys for Plaintiffs<br>GENENTECH, INC. and ROCHE PALO ALTO LLC<br><br>Dated: April 3, 2014 | LOCKE LORD BISSELL<br>& LIDDELL LLP<br><br>MATTHEW K. BLACKBURN (SBN 261959)<br>mblackburn@lockelord.com<br>44 Montgomery Street, Suite 2400<br>San Francisco, CA  94104<br>Telephone: 415.318.8810<br>Facsimile: 415.676.5816<br><br>KEITH D. PARR (*Pro Hac Vice*)<br>kparr@lockelord.com<br>SCOTT B. FEDER (*Pro Hac Vice*)<br>sfeder@lockelord.com<br>MYOKA KIM GOODIN (SBN 229073)<br>mkgoodin@lockelord.com<br>DAVID B. ABRAMOWITZ (*Pro Hac Vice*)<br>dabramowitz@lockelord.com<br>ANDY MILLER (*Pro Hac Vice*)<br>amiller@lockelord.com<br>111 S. Wacker Drive<br>Chicago, IL  60606<br>Telephone: 312.443.0700<br>Fascimile: 312.443.0336<br><br>Attorneys for Defendant<br>APOTEX INC.<br><br>Dated:  April 3, 2014 |

# FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Stephen S. Rabinowitz, attest that concurrence in the filing of this document has been obtained.

Dated: April 3, 2014

*/s/ Stephen S. Rabinowitz*
STEPHEN S. RABINOWITZ

**PURSUANT TO STIPULATION, IT IS SO ORDERED** this 8th day of April 2014:

*[signature]*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE