STEPHEN S. RABINOWITZ
srabinowitz@friedfrank.com
RANDY C. EISENSMITH (*Pro Hac Vice*)
randy.eisensmith@friedfrank.com
MICHAEL A. KLEINMAN (*Pro Hac Vice*)
michael.kleinman@friedfrank.com
FRIED, FRANK, HARRIS, SHRIVER
   & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone:   212-859-8000
Facsimile:   212-859-4000

DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:   415-362-6666
Facsimile:   415-236-6300

Attorneys for Plaintiffs
GENENTECH, INC. and
ROCHE PALO ALTO LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC. and ROCHE PALO ALTO LLC,<br><br>        Plaintiffs,<br>   v.<br><br>APOTEX INC.<br><br>        Defendant. | Case No. 4:11-cv-02410-JSW<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE** AND ORDER THEREON AS MODIFIED<br>Ctrm:   5 – 2nd Floor<br>Judge:  Honorable Jeffrey S. White |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE / CASE NO. 4:11-CV-02410

Plaintiffs Genentech, Inc. ("Genentech") and Roche Palo Alto LLC ("Roche Palo Alto") and Defendant Apotex Inc. ("Apotex"), pursuant to Civil Local Rules 6-1 and 6-2, respectfully request that the Court enter the following stipulation to continue by a further five (5) weeks the date of the further case management conference and of the associated deadline for submitting a joint case management statement, while the parties work to finalize the details of a term sheet for a settlement agreement.

**1. Reason for the Extension of Time.**

On March 10, 2014 the Court issued an Order Denying Motion for Summary Judgment in which the Court scheduled a further case management conference for April 18, 2014 and ordered the parties to submit a joint case management statement by April 11, 2014. ECF No. 112 at 4. Following issuance of this Order, the parties have been engaged in direct discussions to explore the possibility of a settlement. On April 8, 2014 the Court granted the parties' stipulated request to extend the deadline for the parties to submit their joint case management statement to June 6, 2014 and to reschedule the further case management conference for June 13, 2014. ECF No. 114.

The parties have made good progress in their negotiations and have jointly agreed to seek the requested extension so that the parties can finalize the details of a term sheet and, if the case is settled, present the necessary papers to the Court.

**2. Prior Time Modifications in This Case.**

On August 1, 2011 and March 22, 2012, the Court sua sponte rescheduled the dates of the claim construction tutorial and the claim construction hearing, without affecting the remaining scheduled pretrial dates. ECF Nos. 41 & 59. On October 25, 2011 and February 1, 2013, the Court granted the parties' stipulated requests to extend the ADR deadline, without affecting the remaining scheduled pretrial dates. ECF Nos. 47 & 55. On November 13, 2013, the Court granted the parties' stipulated request to amend the Case Management and Magistrate Judge Referral Order (ECF No. 71). ECF No. 78. On July 8, 2013, the Court sua sponte entered an order continuing scheduled pretrial dates. ECF No. 102. On October 25, 2013 the Court sua sponte vacated the hearing date for the defendant's motion for summary judgment concurrently with granting a stipulated request in the related case to vacate the hearing date for the defendant's motion for summary judgment in that case. ECF No. 107. On January 10, 2014, the Court sua sponte vacated all dates previously set in this case. ECF No. 111. On March 10,

2014, the Court issued an Order Denying Motion for Summary Judgment, setting a deadline of April 11, 2014 for the parties to submit a case management statement and scheduling a further case management conference for April 18, 2014. ECF No. 112. On April 8, 2014, the Court entered a stipulated Order extending the deadline for submission of the parties' joint case management statement to June 6, 2014 and rescheduling the further case management conference for June 13, 2014. ECF No. 114.

**3. Effect of Modification.**

The requested extension will extend the deadline for the parties to submit their joint case management statement to ~~July 11~~ July 18, 2014 and will reschedule the date of the further case management conference for ~~July 18~~ July 25, 2014 at 11:00 a.m.

Respectfully submitted,

| | |
|---|---|
| */s/ Stephen S. Rabinowitz* | */s/ Andy Miller* |
| STEPHEN S. RABINOWITZ | ANDY MILLER |

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
STEPHEN S. RABINOWITZ
srabinowitz@friedfrank.com
RANDY C. EISENSMITH (*Pro Hac Vice*)
randy.eisensmith@friedfrank.com
MICHAEL KLEINMAN (*Pro Hac Vice*)
michael.kleinman@friedfrank.com
One New York Plaza
New York, NY 10004-1980
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Plaintiffs
GENENTECH, INC. and ROCHE PALO ALTO LLC

Dated: June 4, 2014

LOCKE LORD BISSELL & LIDDELL LLP

MATTHEW K. BLACKBURN (SBN 261959)
mblackburn@lockelord.com
44 Montgomery Street, Suite 2400
San Francisco, CA 94104
Telephone: 415.318.8810
Facsimile: 415.676.5816

KEITH D. PARR (*Pro Hac Vice*)
kparr@lockelord.com
SCOTT B. FEDER (*Pro Hac Vice*)
sfeder@lockelord.com
MYOKA KIM GOODIN (SBN 229073)
mkgoodin@lockelord.com
DAVID B. ABRAMOWITZ (*Pro Hac Vice*)
dabramowitz@lockelord.com
ANDY MILLER (*Pro Hac Vice*)
amiller@lockelord.com
111 S. Wacker Drive
Chicago, IL 60606
Telephone: 312.443.0700
Fascimile: 312.443.0336
Attorneys for Defendant
APOTEX INC.

Dated: June 4, 2014

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Stephen S. Rabinowitz, attest that concurrence in the filing of this document has been obtained.

Dated: June 4, 2014                                    */s/ Stephen S. Rabinowitz*
                                                       STEPHEN S. RABINOWIZ

The case management conference is CONTINUED to July 25, 2014.  Joint statement due July 18, 2014.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** this  5th  day of    June    2014:

_____
Jeffrey S. White
United States District Judge

---

3
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE / CASE NO. 4:11-CV-02410