STEPHEN S. RABINOWITZ
stephen.rabinowitz@hugheshubbard.com
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: 212-837-6000
Facsimile: 212-422-4726

RANDY C. EISENSMITH (*Pro Hac Vice*)
randy.eisensmith@friedfrank.com
MICHAEL A. KLEINMAN (*Pro Hac Vice*)
michael.kleinman@friedfrank.com
FRIED, FRANK, HARRIS, SHRIVER
   & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone:   212-859-8000
Facsimile:   212-859-4000

DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
GENEVIEVE P. ROSLOFF (SBN 258234)
grosloff@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:   415-362-6666
Facsimile:   415-236-6300

Attorneys for Plaintiffs
GENENTECH, INC. and
ROCHE PALO ALTO LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC. and ROCHE PALO ALTO LLC,<br><br>       Plaintiffs,<br>  v.<br><br>APOTEX INC.<br><br>       Defendant. | Case No. 4:11-cv-02410-JSW<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Ctrm:  5 – 2nd Floor<br>Judge:  Honorable Jeffrey S. White |

Plaintiffs Genentech, Inc. ("Genentech") and Roche Palo Alto LLC ("Roche Palo Alto") and Defendant Apotex Inc. ("Apotex"), pursuant to Civil Local Rules 6-1 and 6-2, respectfully request that the Court enter the following stipulation to continue by a further four (4) weeks the date of the further case management conference and of the associated deadline for submitting a joint case management statement, so that authorized signatories of the parties can execute definitive settlement documents and present the necessary papers to the Court.

**1. Reason for the Extension of Time.**

On March 10, 2014 the Court issued an Order Denying Motion for Summary Judgment in which the Court scheduled a further case management conference for April 18, 2014 and ordered the parties to submit a joint case management statement by April 11, 2014. ECF No. 112 at 4. Following issuance of this Order, the parties have been engaged in direct discussions to explore the possibility of a settlement. On July 21, 2014 the Court granted the parties' stipulated request to extend the deadline for the parties to submit their joint case management statement to September 12, 2014 and to reschedule the further case management conference for September 19, 2014. ECF No. 118.

The parties have now agreed on the text of definitive settlement documents and have jointly agreed to seek the requested further extension so that the parties can execute the settlement documents and present the necessary papers to the Court.

**2. Prior Time Modifications in This Case.**

1. On August 1, 2011 and March 22, 2012, the Court sua sponte rescheduled the dates of the claim construction tutorial and the claim construction hearing, without affecting the remaining scheduled pretrial dates. ECF Nos. 41 & 59. On October 25, 2011 and February 1, 2013, the Court granted the parties' stipulated requests to extend the ADR deadline, without affecting the remaining scheduled pretrial dates. ECF Nos. 47 & 55. On November 13, 2013, the Court granted the parties' stipulated request to amend the Case Management and Magistrate Judge Referral Order (ECF No. 71). ECF No. 78. On July 8, 2013, the Court sua sponte entered an order continuing scheduled pretrial dates. ECF No. 102. On October 25, 2013 the Court sua sponte vacated the hearing date for the defendant's motion for summary judgment concurrently with granting a stipulated request in the related case to vacate the hearing date for the defendant's motion for summary judgment in that case. ECF No. 107. On January

10, 2014, the Court sua sponte vacated all dates previously set in this case. ECF No. 111. On March 10, 2014, the Court issued an Order Denying Motion for Summary Judgment, setting a deadline of April 11, 2014 for the parties to submit a case management statement and scheduling a further case management conference for April 18, 2014. ECF No. 112. On April 8, 2014, the Court entered a stipulated Order extending the deadline for submission of the parties' joint case management statement to June 6, 2014 and rescheduling the further case management conference for June 13, 2014. ECF No. 114. On June 6, 2014, the Court entered a Stipulated Order extending the deadline for submission of the parties' joint case management statement to July 18, 2014 and rescheduling the further case management conference for July 25, 2014. ECF No. 116. On July 21, 2014 the Court entered a Stipulated Order extending the deadline for submission of the parties' joint case management statement to September 12, 2014 and rescheduling the further case management conference for September 19, 2014. ECF No. 118.

**3. Effect of Modification.**

The requested extension will extend the deadline for the parties to submit their joint case management statement to October 10, 2014 and will reschedule the date of the further case management conference for September 19, 2014 at 11:00 a.m., subject to the Court's calendar.

Respectfully submitted,

| */s/ Stephen S. Rabinowitz* | */s/ Andy Miller* |
|---|---|
| STEPHEN S. RABINOWITZ | ANDY MILLER |

HUGHES HUBBARD & REED LLP
STEPHEN S. RABINOWITZ
stephen.rabinowitz@hugheshubbard.com
One Battery Park Plaza
New York, New York 10004
Telephone: 212-837-6000
Facsimile: 212-422-4276

FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
RANDY C. EISENSMITH (*Pro Hac Vice*)
randy.eisensmith@friedfrank.com
MICHAEL KLEINMAN (*Pro Hac Vice*)
michael.kleinman@friedfrank.com
One New York Plaza
New York, NY 10004-1980
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

DURIE TANGRI LLP

LOCKE LORD BISSELL
 & LIDDELL LLP
MATTHEW K. BLACKBURN (SBN 261959)
mblackburn@lockelord.com
44 Montgomery Street, Suite 2400
San Francisco, CA 94104
Telephone: 415.318.8810
Facsimile: 415.676.5816

KEITH D. PARR (*Pro Hac Vice*)
kparr@lockelord.com
SCOTT B. FEDER (*Pro Hac Vice*)
sfeder@lockelord.com
MYOKA KIM GOODIN (SBN 229073)
mkgoodin@lockelord.com
DAVID B. ABRAMOWITZ (*Pro Hac Vice*)
dabramowitz@lockelord.com
ANDY MILLER (*Pro Hac Vice*)
amiller@lockelord.com

| | | |
|---|---|---|
| 1 | DARALYN J. DURIE (SBN 169825)<br>ddurie@durietangri.com | 111 S. Wacker Drive<br>Chicago, IL 60606 |
| 2 | JOSHUA H. LERNER (SBN 220755)<br>jlerner@durietangri.com | Telephone: 312.443.0700<br>Fascimile: 312.443.0336 |
| 3 | GENEVIEVE P. ROSLOFF (SBN 258234)<br>grosloff@durietangri.com | Attorneys for Defendant<br>APOTEX INC. |
| 4 | 217 Leidesdorff Street<br>San Francisco, CA 94111 | |
| 5 | Telephone: 415-362-6666<br>Facsimile: 415-236-6300 | Dated: September 11, 2014 |

Attorneys for Plaintiffs
GENENTECH, INC. and ROCHE PALO ALTO LLC

Dated: September 11, 2014

64812730_1

---

3
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE / CASE NO. 4:11-CV-02410

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Stephen S. Rabinowitz, attest that concurrence in the filing of this document has been obtained.

Dated: September 11, 2014        */s/ Stephen S. Rabinowitz*
                                 STEPHEN S. RABINOWIZ

The case management conference is CONTINUED to October 17, 2014 at 11:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** this 12th day of September 2014:

Jeffrey S. White
United States District Judge

---

4
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE / CASE NO. 4:11-CV-02410