STEPHEN S. RABINOWITZ
stephen.rabinowitz@hugheshubbard.com
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

RANDY C. EISENSMITH (*Pro Hac Vice*)
randy.eisensmith@friedfrank.com
MICHAEL A. KLEINMAN (*Pro Hac Vice*)
michael.kleinman@friedfrank.com
FRIED, FRANK, HARRIS, SHRIVER
   & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone:   (212) 859-8000
Facsimile:   (212) 859-4000

DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
GENEVIEVE P. ROSLOFF (SBN 258234)
grosloff@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:   (415) 362-6666
Facsimile:   (415) 236-6300

Attorneys for Plaintiffs
GENENTECH, INC. and ROCHE PALO ALTO LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC. and ROCHE PALO ALTO LLC,<br><br>                    Plaintiffs,<br><br>     v.<br><br>APOTEX INC.<br><br>                    Defendant. | Case No. 4:11-cv--02410-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE CLAIM CONSTRUCTION ORDER** |

Plaintiffs Genentech, Inc. and Roche Palo Alto LLC (collectively "Plaintiffs") and Defendant Apotex Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS on July 10, 2012, the Court entered a Claim Construction Order (ECF No. 69) (the "Claim Construction Order") in this case;

WHEREAS the parties have entered into an agreement to settle and dismiss this action that is expressly contingent on the grant of vacatur of the Claim Construction Order insofar as it was entered in this case;

WHEREAS, in light of the parties' agreement, vacatur will eliminate the need for a trial (and, potentially, an appeal) and thus will conserve both judicial and party resources;

WHEREAS the Claim Construction Order is interlocutory in nature and thus is subject to revision or vacatur "at any time" prior to entry of final judgment, pursuant to Fed. R. Civ. P. 54(b);

WHEREAS the parties stipulate that vacatur of the Claim Construction Order is appropriate under the equitable factors identified in *Ringsby Truck Lines, Inc. v. Western Conference of Teamsters*, 686 F.2d 720, 722 (9th Cir. 1982), including "'the consequences and attendant hardships of dismissal or refusal to dismiss' and 'the competing values of finality of judgment and right to relitigation of unreviewed disputes.'"

NOW, THEREFORE, the parties stipulate and respectfully request that:

1. The Court vacate the Claim Construction Order for good cause shown in light of the factors identified in *Ringsby Truck Lines, Inc. v. Western Conference of Teamsters*, 686 F.2d 720, 722 (9th Cir. 1982); and

2. The Court vacate all future dates entered in this action.

**Stipulated to and Agreed:**

| | |
|---|---|
| */s/ Stephen S. Rabinowitz*<br>　　STEPHEN S. RABINOWITZ | /s/ *Andy Miller*<br>　　ANDY MILLER |

HUGHES HUBBARD & REED LLP
STEPHEN S. RABINOWITZ
stephen.rabinowitz@hugheshubbard.com
One Battery Park Plaza
New York, New York 10004
Telephone:　212-837-6000
Facsimile:　212-422-4726

FRIED, FRANK, HARRIS, SHRIVER
　　& JACOBSON LLP
RANDY C. EISENSMITH (*Pro Hac Vice*)
randy.eisensmith@friedfrank.com
MICHAEL KLEINMAN (*Pro Hac Vice*)
michael.kleinman@friedfrank.com
One New York Plaza
New York, NY 10004-1980
Telephone:　(212) 859-8000
Facsimile:　(212) 859-4000

DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
GENEVIEVE P. ROSLOFF (SBN 258234)
grosloff@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:　415-362-6666
Facsimile:　415-236-6300

Attorneys for Plaintiffs
GENENTECH, INC. and ROCHE PALO ALTO LLC

Dated: September 19, 2014

LOCKE LORD BISSELL
　　& LIDDELL LLP

MATTHEW K. BLACKBURN (SBN 261959)
mblackburn@lockelord.com
44 Montgomery Street, Suite 2400
San Francisco, CA  94104
Telephone: 415.318.8810
Facsimile: 415.676.5816

KEITH D. PARR (*Pro Hac Vice)*
kparr@lockelord.com
SCOTT B. FEDER (*Pro Hac Vice*)
sfeder@lockelord.com
MYOKA KIM GOODIN (SBN 229073)
mkgoodin@lockelord.com
DAVID B. ABRAMOWITZ (*Pro Hac Vice)*
dabramowitz@lockelord.com
ANDY MILLER (*Pro Hac Vice)*
amiller@lockelord.com
111 S. Wacker Drive
Chicago, IL  60606
Telephone: 312.443.0700
Fascimile: 312.443.0336
Attorneys for Defendant
APOTEX INC.

Dated: September 19, 2014

**ATTESTATION**

Pursuant to Civil L.R. 5-1, I hereby attest that concurrence in the filing of the foregoing document has been obtained from counsel for Defendant Apotex Inc. as indicated by a "conformed" signature (/s/).

           */s/ Stephen S. Rabinowitz*

The parties shall file a stipulation of dismissal.
**PURSUANT TO STIPULATION, IT IS SO ORDERED** this <u>19th</u> day of <u>September</u> 2014:

_____
Hon. Jeffrey S. White
United States District Judge