**HUGHES HUBBARD & REED LLP**
STEPHEN S. RABINOWITZ
stephen.rabinowitz@hugheshubbard.com
One Battery Park Plaza
New York, New York 10004
Telephone:    212-837-6000
Facsimile:    212-422-4726

**FRIED, FRANK, HARRIS, SHRIVER
       & JACOBSON LLP**
RANDY C. EISENSMITH (*Pro Hac Vice*)
Randy.eisensmith@friedfrank.com
MICHAEL KLEINMAN (*Pro Hac Vice*)
michael.kleinman@friedfrank.com
One New York Plaza
New York, NY 10004-1980
Telephone: 212-859-8000
Facsimile:  212-859-4000

**DURIE TANGRI LLP**
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone: 415-362-6666
Facsimile:   415-236-6300

Attorneys for Plaintiffs
GENENTECH, INC. and
ROCHE PALO ALTO LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC. and ROCHE PALO ALTO LLC,<br><br>        Plaintiffs,<br>   v.<br><br>APOTEX INC.,<br><br>        Defendant. | Case No.: 4:11-cv-02410-JSW<br><br>**STIPULATED CONSENT JUDGMENT AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |

1  WHEREAS, the parties have entered into a settlement and have agreed that Apotex Inc. shall be enjoined as set forth below, that the parties will dismiss with prejudice all claims and counterclaims asserted in this action, and that each party shall bear its own costs,

Accordingly, by the United States District Court for the Northern District of California, it is ORDERED:

1. Apotex Inc., its officers, agents, servants and employees, and all those acting in concert with them, are permanently enjoined from making, having made, using, selling or offering for sale in the United States, or importing into the United States, valganciclovir hydrochloride oral tablets described in Abbreviated New Drug Application No. 202785 and any supplements or amendments thereto, prior to September 30, 2015 except in accordance with a license granted by the Plaintiffs.
2. All claims and counterclaims asserted in this action are dismissed with prejudice with each party to bear its own costs.

**Stipulated to and Agreed:**

/s/ *Stephen S. Rabinowitz*
    STEPHEN S. RABINOWITZ

HUGHES HUBBARD & REED LLP
STEPHEN S. RABINOWITZ
stephen.rabinowitz@hugheshubbard.com
One Battery Park Plaza
New York, New York 10004
Telephone:     212-837-6000
Facsimile:     212-422-4726

FRIED, FRANK, HARRIS, SHRIVER
         & JACOBSON LLP
RANDY C. EISENSMITH (*Pro Hac Vice*)
randy.eisensmith@friedfrank.com
MICHAEL KLEINMAN (*Pro Hac Vice*)
michael.kleinman@friedfrank.com
One New York Plaza
New York, NY 10004-1980
Telephone:     212-859-8000
Facsimile:     212-859-4000

/s/ *Andy Miller*
    ANDY MILLER

LOCKE LORD BISSELL
    & LIDDELL LLP

MATTHEW K. BLACKBURN (SBN 261959)
mblackburn@lockelord.com
44 Montgomery Street, Suite 2400
San Francisco, CA  94104
Telephone: 415.318.8810
Facsimile: 415.676.5816

KEITH D. PARR (*Pro Hac Vice*)
kparr@lockelord.com
SCOTT B. FEDER (*Pro Hac Vice*)
sfeder@lockelord.com
MYOKA KIM GOODIN (SBN 229073)
mkgoodin@lockelord.com
DAVID B. ABRAMOWITZ (*Pro Hac Vice*)
dabramowitz@lockelord.com

| | |
|---|---|
| DURIE TANGRI LLP<br>DARALYN J. DURIE (SBN 169825)<br>ddurie@durietangri.com<br>JOSHUA H. LERNER (SBN 220755)<br>jlerner@durietangri.com<br>GENEVIEVE P. ROSLOFF (SBN 258234)<br>grosloff@durietangri.com<br>217 Leidesdorff Street<br>San Francisco, CA  94111<br>Telephone:     415-362-6666<br>Facsimile:      415-236-6300<br><br>Attorneys for Plaintiffs<br>GENENTECH, INC. and ROCHE PALO ALTO LLC<br><br>Dated: September 19, 2014 | ANDY MILLER (*Pro Hac Vice*)<br>amiller@lockelord.com<br>111 S. Wacker Drive<br>Chicago, IL  60606<br>Telephone: 312.443.0700<br>Fascimile: 312.443.0336<br>Attorneys for Defendant<br>APOTEX INC.<br><br>Dated:  September 19, 2014 |

## ATTESTATION

Pursuant to Civil L.R. 5-1, I hereby attest that concurrence in the filing of the foregoing document has been obtained from counsel for Defendant Apotex Inc. as indicated by a "conformed" signature (/s/).

　　　　　　　　　　　　　　　　　　　　　　　　　　　  */s/ Stephen S. Rabinowitz*

**PURSUANT TO STIPULATION, IT IS SO ORDERED** this  22nd  day of   September   2014:

　　　　　　　　　　　　　　　　　　　　　　　　　　　  _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　  Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　　　　　　　　  United States District Judge